52 So.2d 886

### Jessie Mae CARDEN v. STATE.
### 7 Div. 109.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

62 So.2d 926

### Orville CLARKE v. STATE.
### 1 Div. 655.

Court of Appeals of Alabama.
Nov. 25, 1952.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.
Affirmed.

52 So.2d 886

### Kelly CLEMONS v. STATE.
### 8 Div. 896.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Affirmed.

58 So.2d 907

### James Howard COATS v. STATE.
### 8 Div. 6.

Court of Appeals of Alabama.
Jan. 29, 1952.
Rehearing Denied March 25, 1952.

R. L. Farnell, Montgomery, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.
Affirmed.
Certiorari denied by Supreme Court, 257 Ala. 714, 58 So.2d 905.

60 So.2d 914

### Osburn Victor COLEMAN v. STATE.
### 8 Div. 120.

Court of Appeals of Alabama.
Aug. 19, 1952.

Mitchell & Poellnitz, Florence, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.
Affirmed.

62 So.2d 925

### Joelee COLEMAN v. STATE.
### 8 Div. 128.

Court of Appeals of Alabama.
Jan. 27, 1953.

C. E. Carmichael, Jr., Tuscumbia, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.